# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ANA PERAZA | CASE NUMBER |
|---|---|
| Plaintiff(s)/Petitioner(s) | CV 14-4555 |
| v. | |
| TARGET CORPORATION, a business entity form unknown; and DOES 1-100, inclusive | ORDER OF DISMISSAL |
| Defendant(s). | |

The Court previously received from Plaintiff(s)/Petitioner(s):

☐ an IFP Request or financial information with no accompanying Complaint or Petition.

☐ a Complaint or Petition without an accompanying IFP Request, and without payment of the filing fees.

☒ a Complaint with a partial filing fee payment for an amount less than the required $400.

The Court sent a warning letter to Plaintiff(s)/Petitioner(s) advising that failure to correct this deficiency within THIRTY DAYS from the date of the warning letter would result in dismissal of this case. More than THIRTY DAYS have now passed, and the deficiency has not been corrected.

Accordingly, this case is hereby ORDERED DISMISSED. No further filings shall be accepted under this case number.

IT IS SO ORDERED.

Dated: August 19, 2014

_____
Chief United States District Judge